**DeMarco•Mitchell, PLLC**
Robert T. DeMarco
Michael S. Mitchell
1255 West 15th St., 805
Plano, TX 75075
**T** 972-578-1400
**F** 972-346-6791

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE: | |
| **David Alan Husted, Jr.** | **Case No.** **11-41903-R** |
| xxx-xx-0694 | |
| **3422 Gold Candle Drive** | |
| **Spring, TX 77388** | |
| | |
| **Sally Irene Husted** | |
| xxx-xx-0889 | |
| **232 Forest Meadow Drive** | |
| **Gunter, TX 75058** | |
| | **Chapter** **13** |
| **Debtors** | |

## DEBTORS' APPLICATION TO APPROVE
## SETTLEMENT OF PERSONAL INJURY CLAIM
## NUNC PRO TUNC

## NOTICE

**NO HEARING WILL BE CONDUCTED ON THIS APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION.  IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.  IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING.  IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COME NOW David Alan Husted, Jr. and Sally Irene Husted, Debtors in the above-styled

and numbered case (hereinafter collectively referred to as the "Debtors"), and file this *Debtors'*

*Application to Approve Settlement of Personal Injury Claim Nunc Pro Tunc* (the "Application") by and through the undersigned attorney. By the Application, the Debtors request the entry of an order a) authorizing them to enter into an agreement with the Roman Catholic Church in the State of Hawaii, a/k/a The Roman Catholic Diocese of Honolulu, the Diocese of Buffalo, N.Y., Southern Tier Catholic School Archbishop Walsh Academy, Wausau Insurance Co., Nationwide Indemnity Company, Proprietors Insurance Company, Exchange Insurance Co., Selective Insurance Group, Inc. (hereinafter collectively referred to as the "Defendants") settling and compromising any and all claims asserted against said parties nunc pro tunc; b) authorizing the Standing Chapter 13 Trustee herein to disburse funds as needed to pay all outstanding allowed creditor and administrative expense claims; and c) directing their special counsel, Ms. Michele M. Betti, to retain all additional settlement funds in her trust account pending approval of a fee application herein. In support of the Application, the Debtors would respectfully show the Court as follows:

## I. JURISDICTION

1.      The Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §§1334 and 157. Pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (O) the Application presents a core proceeding.

2.      Venue in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein include section 105(a) of 11 U.S.C. §§101-1532 (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 9019 and Local Rule of Bankruptcy Procedure 9019.

## II. BACKGROUND

4.      This bankruptcy case was commenced by the filing of a joint voluntary petition under Chapter 13 of the United States Bankruptcy Code on June 20, 2011 (the "Petition Date").

5.      Carey D. Ebert (the "Trustee") has been duly appointed to serve as the Standing Chapter 13 Trustee in the case and continues to serve in that capacity.

6.      In 2012, subsequent to filing his bankruptcy petition, Debtor David Alan Husted, Jr. (hereinafter "David") discovered that he was entitled to sue to recover for certain injuries suffered as a child which he previously believed had been barred by the applicable statute of limitations governing such actions.  More specifically, on April 24, 2012 the State Legislature of the State of Hawaii enacted HRS § 657-1.8.  HRS § 657-1.8 provided a two-year window from the date of its enactment for all child abuse victims whose claims had been barred by prior operation of the statue of limitations to bring suit against their abusers.   Following the discovery that he possessed the right to sue for recovery per the provisions of HRS § 657-1.8, David retained counsel to represent him, on a contingent fee basis, in pursuing such claim.

7.      On April 22, 2014, a civil action styled *David Husted, Jr. vs. Roman Catholic Church in the State of Hawaii, A.K.A. the Roman Catholic Diocese of Honolulu; the Diocese of Buffalo, N.Y.; Southern Tier Catholic School Archbishop Walsh Academy; the Southdown Institute; James A. Spielman; and Doe Defendants 1-10* was commenced in the United States District Court for the District of Hawaii by Jared A. Washkowitz and Michele M. Betti, David's retained counsel.  Said case was assigned cause number 1:14-cv-00192 by the clerk of the District Court.  This case is hereinafter referenced as the "Federal District Court Case."

8.      In June, 2014, the Debtors sought the permission of this Court to employ Ms. Betti and Mr. Washkowitz as special counsel to assist David in pursuing his claim.  An Order approving the employment of said counsel was entered herein on July 1, 2014 [docket # 47].

9.      With the assistance of the aforementioned special counsel a monetary settlement agreement was negotiated with the Defendants in the Federal District Court Case. Under the terms of the settlement One Million Five Hundred Thousand and 00/100 dollars

($1,500,000.00) is to be paid to Mr. Husted on behalf of The Diocese of Buffalo N.Y. and Southern Tier Catholic School Archbishop Walsh Academy.  A further Twenty-Five Thousand and 00/100 dollars ($25,000.00) is to be paid to Mr. Husted on behalf of the Roman Catholic Church in the State of Hawaii, A.K.A. the Roman Catholic Diocese of Honolulu.  Such payments will be remitted in full and final satisfaction of any and all potential claims held against the Defendants by the Debtors.  Such payments are hereinafter collectively referred to as the "Settlement Proceeds."  A copy of the *Release and Indemnity Agreement* entered into by the parties and memorializing these terms is attached hereto as Exhibit "1."

10.     Following the agreement of the parties the Federal District Court Case was dismissed on or about August 25, 2016.

11.     Upon information and belief, the aforementioned Settlement Proceeds have been remitted by the Defendants to the Debtors' special counsel and have been held in Ms. Michele M. Betti's trust account.

12.     The Debtors have agreed that, due to the nature of the recovery, David will retain one hundred percent of all net Settlement Proceeds remaining following payment of a) their Chapter 13 plan base balance; b) all costs and fees awarded to their special counsel, and c) all attorney's fees and costs awarded to their bankruptcy counsel in connection with the filing and prosecution of this Motion.

13.     The affidavits of both David Alan Husted, Jr. and Sally Irene Husted in support of this Motion are attached hereto as Exhibit "2" and  Exhibit "3" respectively.

14.     Upon further information and belief, and after consultation with Ms. Betti and the Trustee, Ms. Betti has wired, or will be wiring, $156,000.00 of the Settlement Proceeds to the Trustee for use in paying the Debtors' remaining Chapter 13 plan base balance and associated administrative costs.

15.     Pursuant to the terms of the retainer agreement between the Debtor and his special counsel said counsel was to receive between 33.3% to 40% of the total recovery plus costs, fees and expenses incurred during the process of representation.  As the total recovery was $1,525,000.00, special counsel's attorney's fees may be as large as $610,000.00.

16.     To date, despite having been requested to do so, special counsel has not provided David with a statement setting forth attorney's fees due and owing.  Nor has special counsel provided David with a statement detailing additional expenses incurred during the course of representation.  As a result, the Debtors are unable to provide the Court with a detailed summary of fees, costs and expenses incurred by special counsel herein.

17.     As noted above, an Order approving the employment of said counsel was entered herein on July 1, 2014 [docket # 47].  Per the terms of that Order, special counsel's fees are subject to review pursuant to Fed. R. Bankr. P. 2016(a) and LBR 2016.

### III. RELIEF REQUESTED

18.     Debtors seek the permission of this Court to enter into the settlement agreement described above.  Debtors seek this permission on a nunc pro tunc basis.

19.     Debtors further seek an order authorizing the Trustee to utilize the $156,000.00 portion of the Settlement Proceeds being remitted to her by Ms. Betti to:

a)  pay all remaining allowed claims of creditors due and owing under the Debtors' Chapter 13 Plan;

b)  pay all statutory fees due and owing to the Trustee in connection with their Chapter 13 case pursuant to 28 U.S.C. §586(e)(1)(B); and

c)  pay any and all remaining administrative expense claims, including their bankruptcy counsel's attorney's fees and other costs incurred herein in the total sum of $2,000.00, and as described and detailed in Exhibit "4" hereto.

20.    Debtors further seek an order stating that the remaining Settlement Proceeds, in the total sum of $1,369,000.00[1] shall be retained in trust by Ms. Michele M. Betti, pending approval of a fee application submitted pursuant to Federal Rule of Bankruptcy Procedure 2016(a) and Local Bankruptcy Rule 2016.

21.    In accordance with the provisions of Local Rule 9019 this Application, and the supporting Affidavits, provide specific details regarding the proposed settlement agreement and contains an analysis of the relevant settlement factors.

### IV.  BASIS FOR RELIEF REQUESTED

22.    Bankruptcy courts are empowered to approve a compromise settlement of a debtor's claim under Bankruptcy Rule 9019(a).  Approval should only be given if the settlement is "fair and equitable and in the best interest of the estate." *Connecticut Gen. Life Ins. Co. v. United Cos. Fin. Corp. (In re Foster Mortgage Corp.)* 68 F.3d 914, 917 (5th Cir. 1995), (citing *In re Jackson Brewing Co.*, 624 F.2d at 602).  *See also, Matter of Cajun Elec. Power Co-op, Inc.*, 119 F.3d 349, 355 (5th Cir. 1997).

23.    "In deciding whether a settlement of litigation is fair and equitable, a judge in bankruptcy must make a well-informed decision, 'comparing the terms of the compromise with the likely rewards of litigation.'" *Jackson Brewing Co.* at 602.  Specifically, the Court must "evaluate and set forth in a comprehensible fashion:

> (1) The probability of success in the litigation, with due consideration for uncertainty in fact and law;
>
> (2) The complexity and likely duration of the litigation and any attendant expense, inconvenience and delay, and
>
> *(3)* All other factors bearing on the wisdom of the compromise." *Id.*

---

[1] This figure represents the total Settlement Proceeds of $1,525,000.00 less $156,000.00 that will be remitted to the Standing Chapter 13 Trustee herein.

24.     In order to comply with the first factor outlined above, it is not necessary for the Court "to conduct a mini trial to determine the probable outcome of any claims waived in the settlement." Cajun Electric at 356.  Rather, the Court "need only apprise [itself] of the relevant facts so that [it] can make an informed and intelligent decision." *Id.*

25.     Included under the third factor outlined above are two additional elements that should be considered by the Court.  "First, the court should consider the best interests of the creditors, 'with proper deference to their reasonable views.'" *Id., citing Foster Mortgage Corp.* at 917.  "Second, the court should consider 'the extent to which the settlement is truly the product of arms-length bargaining, and not of fraud or collusion. *Id.*

26.     Although there is an ongoing dispute between David and Michele Betti regarding various aspects of special counsel's representation, including Ms. Betti's fees and costs incurred during the representation, in the judgment of the Debtors, and based upon the specific circumstances involved in this case, the proposed settlement satisfies the fair and equitable standard.  The settlement satisfies said standard primarily because it is sufficient to generate a 100% dividend for all creditors holding allowed unsecured claims herein.  Premises considered, the settlement is clearly in the best interest of the Debtors, as it will allow them to obtain their bankruptcy discharge, and of their bankruptcy estate, as it will allow full recovery by all creditors holding allowed claims therein.   In arriving at this opinion, the Debtors and their counsel have taken into account the terms of the compromise and the likely rewards, and risks, of litigation.

27.     Although there is an ongoing dispute between David and Michele Betti regarding various aspects of special counsel's representation, including Ms. Betti's fees and costs incurred during the representation, the Debtors believe that the settlement agreement was achieved as

a result of arms-length bargaining between counsel for the Debtors and counsel for the Defendants.

28.     Nunc pro tunc relief of the type sought by the Debtors herein has been granted under similar circumstances by other bankruptcy courts in this state.  *See, e.g., In re Bienz*, 2008 WL 2325626.  *See, also In re Chaparro Martinez*, 293 B.R. 387 (Bankr.N.D.Tex. 2003), citing *In Re Hargis*, 887 F.2d 77 (5th Cir. 1989).

## V.  NOTICE

29.     Notice of the filing of this Motion has been given to the Office of the United States Trustee, the Standing Chapter 13 Trustee, to Debtors' special counsel, and to all creditors and/or parties of interest listed below and upon the attached mailing matrix.

WHEREFORE, PREMISES CONSIDERED, the Debtors respectfully pray that they be authorized to enter into the settlement agreement, on a nunc pro tunc basis, and upon the terms detailed herein.  Debtors further pray for the entry of an order directing the Trustee to disburse funds as detailed herein, and for an Order directing Ms. Betti to retain the remaining Settlement Proceeds in trust pending approval of her fee application.  Debtors pray for such other relief and further relief, general or special, at law or in equity, to which they may be justly entitled.

Dated:  November 28, 2016

/s/ Michael S. Mitchell

_____
DeMarco·Mitchell, PLLC
Robert T. DeMarco, Texas Bar No. 24014543
Email    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
Email    mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
T        972-578-1400/F  972-346-6791
Counsel for Debtors

## CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below and upon all parties listed upon the attached mailing matrix in accordance with applicable rules of bankruptcy procedure on this 28th day of November, 2016.   Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a facsimile number is set forth below.   Where such electronic service was not possible, service was made via regular first class mail.

### DEBTORS

| | |
|---|---|
| David Alan Husted, Jr. | Sally Irene Husted |
| 3422 Gold Candle Dr. | 232 Forest Meadow Drive |
| Spring, TX 77388 | Gunter, TX 75058 |

### TRUSTEES

| | |
|---|---|
| Office of the United States Trustee | Carey D. Ebert |
| 110 N. College Avenue | Standing Chapter 13 Trustee |
| Suite 300 | PO Box 941166 |
| Tyler, TX 75702 | Plano, TX 75094-1166 |
| USTPRegion06.TY.ECF@usdoj.gov | ecfch13plano@ch13plano.com |

### ADDITIONAL PARTIES IN INTEREST AND/OR PARTIES REQUESTING NOTICE

| | |
|---|---|
| Michele M. Betti | Jared A. Washkowitz |
| Betti & Associates | JAW Legal |
| 1732 Knoll Field Way | 1050 Bishop St. #450 |
| Encitas, CA 92024 | Honolulu, HI 96813 |
| mbettilaw@gmail.com | jw102475@gmail.com |
| | |
| Bank of America, N.A. | Credit Union of Texas |
| C/O Steve Turner | C/O Sharon H. Sjostrom |
| Barrett Daffin Frappier Turner & Engel | Blalack & Williams, P.C. |
| 15000 Surveyor Boulevard | 4851 LBJ Freeway, Suite 750 |
| Addison, TX 75001 | Dallas, TX 75244 |
| edecf@BDFGROUP.com | ssjostrom@blalack.com |
| | |
| Grayson County | Green Tree Servicing LLC |
| C/O Laurie Spindler Huffman | as servicer for Fannie Mae |
| Linebarger, Goggan, Blair & Sampson | 345 St. Peter St. |
| 2777 N. Stemmons Frwy Ste 1000 | St. Paul, MN 55102 |
| Dallas, TX 75207 | |
| laurie.spindler@publicans.com | |
| | |
| Gunter ISD | Alexander Wolfe |
| C/O Elizabeth Banda Calvo | Buckley Madole, P.C. |
| Perdue, Brandon, Fielder, Collins & Mott | PO Box 9013 |
| 500 E. Border Street, Suite 640 | Addison, TX 75001 |
| Arlington, TX 76010 | alexander.wolfe@buckleymadole.com |
| rgleason@pbfcm.com | |

Medical Center of McKinney
c/o Resurgent Capital Services
PO Box 1927
Greenville, SC 29602

New Hampshire Insurance Company
C/O Steven F Hudgins
24 Greenway Plaza, Ste. 2000
Houston, TX 77046
shudgins@hudgins-law.com

Property Owners Assoc. of Hidden Lakes
Ranch, C/O Lance E. Williams
Riddle & Williams, P.C.
3710 Rawlins Street
Suite 1400 - Regency Plaza
Dallas, TX 75219
lwilliams@riddleandwilliams.com

Recovery Management Systems Corporation
25 S.E. Second Avenue
Suite 1120
Miami, FL 33131-1605
claims@recoverycorp.com

/s/ Michael S. Mitchell

DeMarco·Mitchell, PLLC
Robert T. DeMarco, Texas Bar No. 24014543
Email     robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
Email     mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
T          972-578-1400/F   972-346-6791
Counsel for Debtors

Label Matrix for local noticing
0540-4
Case 11-41903
Eastern District of Texas
Sherman
Mon Nov 28 12:06:04 CST 2016

Aaron L Cerneto DO PA
300 North Highland
Suite 320
Sherman TX  75092-7471

Abelardo Bermudez
2215 Eleventh
Douglas AZ 85607-2737

Accounts Receivable
Management Services
1410 Industrial Park Road
Paris TN 38242-6099

Allied Interstate LLC
P.O. Box 4000
Warrenton, VA 20188-4000

American Radiology Consultants
c/o Credit Management LP
PO Box 118288
Carrollton TX  75011-8288

Ameripath Dallas AP
DFW 501A Corp
PO Box 844810
Dallas TX  75284-4810

Associated Recovery Systems
PO Box 469046
Escondido CA  92046-9046

Attorney General of Texas
Taxation Division Bkrpcy
Box 12548
Capitol Station
Austin TX 78711-2548

Attorney General of the US
Department of Justice
Tenth & Constitution Avenues
Washington DC 20530-0001

BACK BOWL I LLC
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Bac Home Loans Servicing
450 American Street
Simi Valley CA 93065-6285

Elizabeth Banda Calvo
Perdue, Brandon, Fielder, Collins & Mott
500 E. Border Street
Suite 640
Arlington, TX 76010-7457

Bank of  America, N.A.
c/o BDFTE, LLP
15000 Surveyor Blvd Suite 100
Addison, TX 75001-4417

Bank of America
Attention Bankruptcy
NC4 105 03 14
PO Box 26012
Greensboro NC 27420-6012

Bank of America, N.A. as successor-in-intere
FIA Card Services, N.A.
P O Box 982284
El Paso, TX 79998-2284

Baylor Family Medicine at
McKinney
PO Box 844128
Dallas TX  75284-4128

Baylor Inst for Rehab
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374-0933

Baylor Institute for Rehabilitation
PO Box 847093
Dallas TX 75284-7093

Baylor Univ Medical Ctr
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas,Tx 75374-0933

Baylor University Medical
PO Box 842022
Dallas TX  75284-2022

Michele M. Betti
Betti & Associates
1732 Knoll Field Way
Encitas, CA 92024-1974

(p)BLALACK WILLIAMS P C
4851 LBJ FREEWAY
SUITE 750
DALLAS TX 75244-6012

CBE Group
PO Box 2635
Waterloo IA  50704-2635

Capital Insurance Group
Law Offices of Jeffrey W. Parks
717 College Ave.,  2nd Floor
Santa Rosa, CA 95404-4133

Capital Insurance Group
PO Box 40460
Bakersfield CA  93384-0460

Capital One Na
Capital One Bank USA NA
PO Box 30285
Salt Lake City UT 84130-0285

Chase
Chase Auto Finance
PO Box 29505
Phoenix AZ 85038-9505

Chris Blalack Attorney
Blalack & Williams
5550 LBJ Freeway
Suite 400
Dallas TX 75240-2349

City of Gunter Tax Collector
PO Box 2107
Sherman, TX 75091-2107

Janna L. Countryman
P. O. Box 941166
Plano, TX 75094-1166

Credit Management LP
PO Box 118288
Carrollton TX 75011-8288

Credit Union of Texas
c/o Blalack & Williams, P.C.
4851 LBJ Freeway
Suite 750
Dallas, TX 75244-6012

Credit Union of Texas
PO Box 515169
Dallas TX 75251-5169

(p)CREDIT UNION OF TEXAS
P O BOX 515718
DALLAS TX 75251-5718

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Doctors Reporting Service of
Texas Inc
800 East Campbell Road
Suite 399
Richardson TX 75081-1862

Carey D. Ebert
P. O. Box 941166
Plano, TX 75094-1166

Envision Imaging of Allen
PO Box 974106
Dallas TX 75397-4106

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

FIA Card Services NA as successor in interes
Bank of America NA (USA) and MBNA
America Bank NA
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Financial Corporation of America
PO Box 203500
Austin TX 78720-3500

Financial Recovery Services Inc
PO Box 385908
Minneapolis MN 55438-5908

Grayson County
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie Spindler Huffman
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2637

Grayson County
c/o Laurie Spindler Huffman
Linebarger Goggan Blair & Sampson,LLP
2323 Bryan Street Suite 1600
Dallas, TX 75201-2637

Grayson County Gunter School
and Grayson College Taxes
John Ramsey
PO Box 2107
Sherman TX 75091-2107

Grayson County Tax Collector
PO Box 2106
Sherman TX 75091-2106

Green Tree Servicing LLC as servicer for Fan
345 St. Peter St.
St. Paul, MN 55102-1211

Gunter ISD
c/o Perdue, Brandon, Fielder, et al
P. O. Box 13430
Arlington, TX 76094-0430

Gunter ISD
PO Box 2107
Sherman, TX 75091-2107

Gunter ISD
c/o Perdue, Brandon, Fielder etal
P.O. Box 13430
Arlington, Texas 76094-0430

Healthcare Recovery Solutions
1515 West 190th Street
Suite 350
Gardena CA 90248-4910

Hillcrest Anesthesia LLP
PO Box 678229
Dallas TX 75267-8229

Steven F Hudgins
24 Greenway Plaza, Ste. 2000
Houston, TX 77046-2444

Laurie Spindler Huffman
Linebarger, Goggan, Blair & Sampson
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

David Alan Husted Jr.
3427 Gold Candle Drive
Spring, TX 77388

Sally Irene Husted
232 Forest Meadow Drive
Gunter, TX 75058-3250

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

JP Morgan Chase Bank, NA
c/o Mary Lautenbach
Chase Auto Finance, AZ1-1191
201 N. Central Ave
Phoenix, AZ 85004-0073

Jacob Roffe MD PA
6757 Arapaho
Suite 711
PMB 335
Dallas TX 75248-4073

Jeffrey W Parks Attorney
The Law Offices of Jeffrey W
Parks
717 College Avenue Second Floor
Santa Rosa CA 95404-4130

Lone Star Association
Management
2500 Legacy Drive
Suite 220
Frisco TX 75034-1848

MEDICAL CENTER OF MCKINNEY
c/o Resurgent Capital Services, PO Box 1
Greenville, SC 29602

MEDICAL CENTER OF MCKINNEY
c/o Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Manuel Huerta Trucking Inc
21 Kipper Street
Rio Rico AZ 85648-6236

Medical Center of McKinney
PO Box 740782
Cincinnati OH 45274-0782

MetroCare Home Medical
Equipment
1340 Post & Paddock
Suite 300
Grand Prairie TX 75050-1257

Michael S. Mitchell
DeMarco-Mitchell, PLLC
1255 West 15th Street
805
Plano, TX 75075-7225

Monterey Insurance Company
PO Box 40460
Bakersfield CA 93384-0460

NCO Financial Systems Inc
PO Box 15894
Wilmington DE 19850-5894

New Hampshire Insurance Company
c/o The Hudgins Law Firm, P.C.
24 Greenway Plaza, Suite 2000
Houston, Tx 77046-2444

New Hampshire Insurance Company
c/o The Hudgins Law Firm, P.C.
24 Greenway Plaza, Suite 2000
Houston, Texas 77046-2444

POA of Hidden Lakes Ranch
c/o Principal Management
Group
PO Box 660090
Dallas TX 75266-0090

Pinnacle Anesthesia
c/o Synerprise Consulting
Service Inc
PO Box 957
Shawnee Mission KS 66201-0957

Principal Management Group
PO Box 660090
Dallas TX 75266-0090

Propath Associates
PO Box 678174
Dallas TX 75267-8174

Property Owners Association of Hidden Lakes
Riddle & Williams, P.C.
3710 Rawlins Street
Suite 1400
Dallas, TX 75219-6432

Property Owners Association of Hidden Lakes
c/o Principal Management Group
12700 Park Central Drive, Suite 600
Dallas, Texas 75251-1537

Public Storage
c/o Allied Interstate LLC
300 Corporate Exchange
Columbus OH 43231

Questcare Medical Services PA
PO Box 201611
Dallas TX 75320-1611

Recovery Management Systems Corporation
25 S.E. Second Avenue
Suite 1120
Miami, FL 33131-1605

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Recovery Services of America
PO Box 815335
Dallas TX 75381-5335

Republic Emergency Services
PO Box 24921
Fort Worth TX 76124-1921

Riddle & Williams PC
3710 Rawlins Street
Suite 1400
Regency Plaza
Dallas TX 75219-6432

Saint Michaels Center for
Special Surgery Ltd
PO Box 4285
Department 7000
Houston TX 77210-4285

Sherman Radiology Associates
PO Box 340
Sherman TX 75091-0340

Sharon H. Sjostrom
Blalack & Williams, P.C.
4851 LBJ Freeway, Suite 750
Dallas, TX 75244-6012

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Steven F Hudgins Attorney
The Hudgins Law Firm
24 Greenway Plaza
Suite 2000
Houston TX 77046-2444

Steven F. Hudgins
Melissa A. Hihalick
24 Greenway Plaza, Suite 2000
Houston, Texas 77046-2444

Sunrise Credit Services Inc
PO Box 9100
Farmingdale NY  11735-9100

Synerprise Consulting Service Inc
PO Box 957
Shawnee Mission KS  66201-0957


(p)TXU ENERGY RETAIL COMPANY LP
CO BANKRUPTCY DEPARTMENT
PO BOX 650393
DALLAS TX 75265-0393

John Talton
P. O. Box 941166
Plano, TX 75094-1166

Texas Digestive Disease
Consultants
PO Box 35629
Dallas TX 75235-0629


Texas Employment Commission
TEC Building
Tax Department
Austin TX 78778-0001

Texas Radiology Associates LLP
PO Box 2285
Indianapolis IN  46206-2285

Texoma Gastroenterology
Consultants
425 North Highland
Suite 130
Sherman TX  75092-7383


The Hudgins Law Firm
24 Greenway Plaza
Suite 2000
Houston TX 77046-2444

The Law Offices of Jeffrey W
Parks
717 College Avenue
Second Floor
Santa Rosa CA 95404-4133

Steve Turner
Barrett Daffin Frappier Turner & Engel
15000 Surveyor Boulevard
Addison, TX 75001-4417


U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

United Revenue Corp
204 Billings Street
Suite 120
Attention Office Manager
Arlington TX 76010-2495


United States Attorneys Office
110 North College Avenue
Suite 700
Tyler TX  75702-0204

Urgent Surgery Associates PA
3701 Junius Street
CS11 G006
Dallas TX  75246

WNJ CRNA Group
119 West Houston
Sherman TX  75090-5909


Jared A. Washkowitz
JAW Legal
1050 Bishop St. #450
Honolulu, HI 96813-4210

West Asset
2703 North Highway 76
Sherman TX  75092

West Asset Management
PO Box 2380
Sherman, TX 75091-2508


Lance E. Williams
Riddle & Williams, P.C.
3710 Rawlins Street
Suite 1400 - Regency Plaza
Dallas, TX 75219-4217

Wilson N Jones Memorial
Hospital
119 West Houston
Sherman TX  75090-5909

Alexander Wolfe
Buckley Madole, P.C.
PO Box 9013
Addison, TX 75001-9013


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Blalack & Williams
5550 LBJ Freeway
Suite 400
Dallas TX  75240

Credit Union of Texas
PO Box 515718
Dallas, TX 75251-5167

DirecTV
PO Box 78626
Phoenix AZ  85062-8626

FIA CARD SERVICES, N.A.
PO Box 15102
Wilmington, DE 19886-5102

State Comptroller of
Public Accounts
Capitol Station
Austin TX  78774

TXU Energy
P.O. Box 100001
Dallas, Texas 75310-0001


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Credit Union of Texas
c/o Blalack & Williams, P.C.
4851 LBJ Freeway, Suite 750
Dallas, TX 75244-6012

(d)Carey D. Ebert
P. O. Box 941166
Plano, TX 75094-1166

End of Label Matrix
Mailable recipients   113
Bypassed recipients     2
Total                 115